IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FANYA ENGLER,

                Plaintiff,

   vs.

THE METROPOLITAN TRANSIT
AUTHORITY, a public entity,
METROPOLITAN TRANSIT AUTHORITY
POLICE OFFICERS "JOHN and MARY DOES",
in their individual capacities and in their official
capacities, METROPOLITAN TRANSIT
AUTHORITY POLICE OFFICER "JOE"
ALVAREZ, ID # 086601, in his
individual and official capacities, METROPOLITAN
TRANSIT AUTHORITY POLICE OFFICER SCOTT
C. McCRAIN, ID # 086380, in his individual and
official capacities,

                Defendants.
-----------------------------------------------------------X

**STIPULATION AND ORDER
OF DISMISSAL**

12 Civ. 7378 (PGG) (GWG)

[stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 5/9/13]

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the above-referenced action is hereby dismissed against Defendants Metropolitan Transportation Authority ("MTA") and MTA Police Officers Scott C. McCrain and Luis Alvarez, with prejudice, and with no award of attorneys' fees or costs by the Court to any party.

**IT IS FURTHER STIPULATED AND AGREED**, that signatures by electronic mail or facsimile shall constitute original signatures for purposes of this Stipulation.

550722.1 Docs NY

Dated: New York, New York
April 30, 2013

LANDMAN CORSI BALLAINE & FORD P.C.    JAMES I. MEYERSON, ESQ.

By: _____    By: _____
Jennifer N. Lagadas                    James I. Meyerson
Attorneys for Defendants              Attorneys for Plaintiff
120 Broadway, 27th Floor              64 Fulton Street, Suite #502
New York, New York 10271              New York, New York 10038
(212) 238-4800                        (212) 226-3310

The Clerk of Court is directed to close this case.

SO ORDERED:

_____
U.S.D.J.
May 8, 2013